■ GLENN CAMPBELL et al., Appellants, v SELF INITIATED LIVING OPTIONS, INC., Doing Business as SUFFOLK INDEPENDENT LIVING ORGANIZATION, INC., Respondent. [19 NYS3d 910]—In an action, inter alia, to recover damages for breach of implied contract, the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Mayer, J.), dated September 19, 2013, which granted the defendant's motion pursuant to CPLR 3211 (a) (7) to dismiss the amended complaint for failure to state a cause of action.

Ordered that the order is affirmed, with costs.

Even accepting as true the facts alleged in the amended complaint and according the plaintiffs the benefit of every favorable inference (*see* CPLR 3211 [a] [7]; *Campaign for Fiscal Equity v State of New York*, 86 NY2d 307, 318 [1995]; *see also Sokoloff v Harriman Estates Dev. Corp.*, 96 NY2d 409, 414 [2001]; *Leon v Martinez*, 84 NY2d 83, 87-88 [1994]), the

plaintiffs, at-will employees of the defendant, failed to state a cause of action for breach of an implied contract (*see* CPLR 3211 [a] [7]; *Weiner v McGraw-Hill, Inc.*, 57 NY2d 458 [1982]; *Waddell v Boyce Thompson Inst. for Plant Research, Inc.*, 92 AD3d 1172 [2012]).

The plaintiffs' remaining contentions are without merit (*see* CPLR 3211 [a] [7]). Rivera, J.P., Chambers, Sgroi and LaSalle, JJ., concur.